UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FORTY 1° NORTH, LLC<br>Plaintiff, | ) | CA 08 347S |
| | ) | |
| v. | ) | C.A. No. |
| | ) | |
| ARCHITECTURAL SYSTEMS, INC.<br>Defendant. | ) | |

**NOTICE OF REMOVAL**

Defendant Architectural Systems, Inc. ("ASI") files this Notice of Removal pursuant to 28 U.S.C. §1446.

1. On or about August 15, 2008, plaintiff Forty 1° North, LLC ("plaintiff") initiated this civil action in Newport County Superior Court to recover at least $44,094.00 in damages, plus an unspecified amount in attorney's fees. A copy of the Superior Court complaint is appended hereto as Exhibit A.

2. Plaintiff received by mail a copy of the complaint and summons on or about August 19, 2008.

3. The complaint alleges that plaintiff is a limited liability company, organized under the laws of Rhode Island, with a principal place of business in Newport, Rhode Island. See Complaint at ¶ 1.

4. ASI is a New York company, with its principal place of business in New York, New York.

5. ASI has filed no pleadings in Superior Court.

6. Inclusive of plaintiff's demand for attorney's fees, the amount at issue in this civil action is, on information and belief, in excess of seventy-five thousand dollars ($75,000).

7. This Court has diversity jurisdiction over this case pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds seventy-five thousand dollars ($75,000) and the parties are citizens of different states.

8. This Notice of Removal is being filed within the time period required by 28 U.S.C. §1446(b), specifically, it is hereby filed "within thirty days after receipt by defendant, through service or otherwise, of a copy of an amended pleading, motion or other paper from which it may first be ascertained that the case is one which is or has become removable…."

9. Written notice of the filing of this Notice of Removal is being given to plaintiff as required by law.

10. A true and correct copy of this Notice of Removal will be promptly filed with the Newport County Superior Court.

11. ASI reserves all defenses, including, but not limited to, lack of personal jurisdiction, insufficiency of process, insufficiency of service of process and improper venue.

WHEREFORE, defendant ASI hereby removes this action from Newport County Superior Court to this Court.

Respectfully submitted,

Michael J. Daly

Brooks R. Magratten, Esq., #3583
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Architectural Systems, Inc.
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
mdaly@vetterandwhite.com

Dated: 9/17/08

**CERTIFICATE OF SERVICE**

Stephen J. MacGillivray, Esq. # 5416
Joseph A. Farside, Esq. #7559
EDWARDS ANGELL PALMER
AND DODGE, LLP
Attorneys for Forty 1° North, LLC
2800 Financial Plaza.
Providence, RI 02903

I hereby certify that a copy of the within notice of Removal was served on the above identified attorney of record on the 17th day of September, 2008.

/s/ Melaine Losetti